

# NUMBER 13-08-00719-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE DANNY LEE CASTILLO

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam[1]

Relator, Danny Lee Castillo, filed a petition for writ of mandamus in the above cause on December 18, 2008, through which he contended that the trial court erred in refusing to allow pro bono attorneys to participate in relator's defense at trial. This Court requested and received a response from the real party in interest, the State of Texas by and through the District Attorney in and for Nueces County, Texas, and further received a reply brief from relator. Relator and the State have now filed a joint motion to dismiss the petition for writ of mandamus.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the joint motion to dismiss, is of the opinion that the parties have shown themselves entitled to the relief sought. Accordingly, the joint motion to dismiss is GRANTED, and this original proceeding is DISMISSED without reference to the merits. Relator's motion for emergency temporary relief, previously filed in this cause, is DISMISSED as moot.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this 27th day of February, 2009.